UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CELINA M. ALLEN | ) | |
| | ) | |
| V. | ) | C.A. No. 13-781L |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security | ) | |

O R D E R

The Report and Recommendation of Magistrate Judge Patricia A. Sullivan, dated January 30, 2015, recommending that defendant's Motion to Affirm the Decision of the Commissioner be granted and that Plaintiff's Motion to Reverse the Decision of the Commisioner be denied, hereby is accepted and adopted pursuant to 28 U.S.C. § 636(b)(1)(B).

Therefore, this case is dismissed.


ENTER:


/s/Ronald R. Lagueux
Ronald R. Lagueux
Senior U.S. District Judge
March 3 2015